AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Darrin Alonzo Miller<br><br>*Defendant(s)* | Case No.<br>2:21-mj-00103 |

**FILED** JUN - 4 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May-September 2021** in the county of **Wood** in the
**Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted Enticement of a Minor to Engage in Illegal Sexual Activity |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Cpl. Jennifer DeMeyer, WVSP
*Printed name and title*

Signed and sworn to by telephonic means.
~~Sworn to before me and signed in my presence.~~

Date: June 4, 2021

*Judge's signature*

City and state: Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*