

## AFFIDAVIT

I, Corporal Jennifer DeMeyer, being duly sworn, depose and state as follows:

## INTRODUCTION

1.   I have been a member of the West Virginia State Police for over twelve years, serving and working investigations in at least eight different counties in West Virginia over my career. During these twelve years, I have investigated a large number of criminal offenses, including crimes against the government, crimes against persons, property crimes, fraud, forgery, computer crimes, crimes against public justice, crimes against the peace, crimes against chastity, morality and decency, weapons offenses, sexual offenses, child abuse and controlled substance offenses. I have also received training presented by, but not limited to, that provided by the West Virginia State Police Academy. Parts of the courses of study at these training courses dealt with criminal investigations and have specifically dealt with the sexual exploitation of children, human trafficking, and digital/electronic evidence.

2.   I am currently assigned to the West Virginia State Crimes Against Children Unit and have been so assigned for eight years. I am also assigned to the West Virginia State Police Internet

Crimes Against Children Unit and previously worked for the FBI's West Virginia Cyber Crimes Task Force.

3.    I make this affidavit in support of an application for a criminal complaint against DARRIN ALONZO MILLER, age 39, charging him with a violation of 18 U.S.C. § 2422(b). That statute makes it illegal for any person, through use of a means or facility of interstate commerce, to attempt to persuade, induce, entice, or coerce a minor to engage in sexual activity for which any person can be charged with a criminal offense.

4.    The information contained in this affidavit is based on my own investigation and information I obtained from other law enforcement officers and employees with the West Virginia Department of Corrections involved in this investigation.

5.    Since this affidavit is being submitted for the limited purpose of establishing probable cause, I have attempted to summarize the most relevant facts that establish the requisite probable cause. Therefore, I have not included each and every fact of this investigation. Additionally, where conversations or statements are related herein, they are set forth in substance and in pertinent part, although quotations and transcriptions are not from certified transcripts and may be subject to minor revisions.

## BACKGROUND OF INVESTIGATION

6.    On June 11, 2020, I was contacted by an investigator with the Parkersburg Correctional Center (PCC), in Parkersburg, Wood County, West Virginia, regarding in inmate potentially exchanging sexually explicit letters with a suspected minor through the United States mail.

7.    In June 2020 I obtained copies of four letters and a number of recorded phone calls from the PCC. Three letters (postmarked May 20, 2020, and June 1 and 3, 2020) were received by MILLER. These letters were all written by a minor female (hereinafter Minor Female 1) identified as a 14-year-old girl living in Leon, Mason County, West Virginia.

. The fourth letter, written by MILLER, was mailed to Minor Female 1 by the inmate on June 22, 2020.

8.    The first letter sent by Minor Female 1 to MILLER included a story she characterized as "dirty" that she hoped he would like; the story was sexual in nature but was about two fictional characters rather than MILLER and Minor Female 1. In the second letter, Minor Female 1 told him, "I don't write stories about you, but I can start doing that if you want me to." She also said that she liked the dirty story he sent her and asked if it was about her. The third story sent by Minor Female 1 was entitled

3

"Round 1," in which Minor Female 1 graphically described a sexual encounter between herself and MILLER when they are able to see each other.

9.    In the June 22, 2020, letter from MILLER to Minor Female 1, MILLER described in detail the sexual activities he intended to engage in with her when he was released from jail.[1] MILLER described how he wanted "cuddle time after Round 1 of sex" and how "it would probably be the best sex ever." He specifically described how he would kiss down her belly until "my mouth reaches your clit. You wrap your legs around my head, arch your back and moan my name 'Darrin.' 'Do you like the way I taste.'" He further stated that he would "slid[e] two fingers deep inside your pussy" and that she would later "grab my dick and guide it into your soaking pussy." The letter continues to describe the sexual activity in detail, culminating with MILLER telling Minor Female 1 that he would "slam my rock hard dick inside you, you cum at the same time as me." The letter also included a hand-drawn sketch by MILLER depicting a woman, appearing to be dressed in a bikini that is transparent on top (her nipples are depicted); the woman was holding a sword

---

[1] Based upon review of telephone MILLER's telephone calls, his plan after jail was to                                        .
During the time of the relevant conversations, MILLER stated to Minor Female 1 on numerous occasions that he believed he would be released from jail in September or October 2020.

covered in blood, and blood was splattered over her body.

10.  I obtained recorded calls between MILLER and Minor Female 1 for the time frame of October 1, 2019 to June 2020. During a call on June 17, 2020, MILLER asks Minor Female 1 if wants him to send a dirty letter or a "regular" letter. Minor Female 1 says she would prefer a regular letter. She also stated that she was worried it would be "weird" between them                . In a June 20, 2020, call, MILLER stated that he's written her a "good" letter and a "regular" letter and asked her which she wanted him to send. She was reluctant in her responses, repeatedly answering his question about whether she wanted him to send the dirty letter with "I don't know." On June 24, 2020, two days after MILLER sent the sexually explicit letter to Minor Female 1, he told her he had put a lot of work into the letter. When she told him she was not going to write him a similar letter in return, he told her she "sucked."

11.  Two additional letters sent by Minor Female 1 to MILLER were recovered and provided to me. One, dated June 30, 2020, Minor Female 1 told him that she like his letter (from June 22, 2020) but "there is something you need to know and get it in your head. The truth about us is there is no us. I don't love you like that.

" She later added, "That why

5

I don't want to write a dirty letter back to you, it's wrong."

12.  The other letter, postmarked August 1, 2020, contained another "dirty letter" from Minor Female 1 to MILLER that she wrote because "you wrote me 2 and I wrote you 1. I'm gonna write you 1 more dirty letter, cause you wrote me 2, and I want it to be even." Minor Female 1 added a post script that read, "For Real, Don't Send Me Another Dirty Letter, I would Love One But We Can't Do This AGAIN. I'M SERIOUS DON'T."

13.  I later obtained additional jail calls between MILLER and Minor Female 1. On July 10, 2020, MILLER referenced the letter that was sent by Minor Female 1 on June 30, 2020, stating that he must have "misread the situation" and that "the letters are wrong I guess."

14.  In a call two days later (July 12, 2020), Minor Female 1 told MILLER, "                               ." When she began telling him that it was never going to happen                               , he worked to encourage her to consider that it could happen and commented that she sounded like she had given up hope. When she told him, "

                                                 ," he pointed out that they were

                               , which he viewed as "a little different." When she continued to be evasive about how she would

6

act                              , MILLER told Minor Female 1 to stop being "hateful." He later told asked her if she shaved (to which she responded that it was none of his business) and told her that she was going to kiss her when he got out (to which she said that he would not).

15.  On or about August 21, 2020, another call between MILLER and Minor Female 1 involved MILLER confirming that Minor Female 1                              was not listening in on the call. Once he knew that              would not be listening, MILLER described a sexual dream that he had during which he engaged in sexual activity with Minor Female 1 in her bedroom. MILLER stated he was "very turned on" when he woke up after the dream. After calling Minor Female 1 "sexy" during the call, he began asking her whether she would let him do the things from his dream when he got out. Despite her saying that she did not know, he persisted in asking until she said "maybe."

16.  In another call from on or about August 21, 2020, after MILLER asked Minor Female 1 detailed questions about what she was wearing, he asked her, "Are you wet?" When she said no and he persisted by saying she just did not know what he was talking about, he specified that he was referring to her vagina. At the end of the call, he twice told her to "go play with yourself and think about me."

7

17. Several days later, on or about August 26, 2020, MILLER discussed how he believed Minor Female 1 could not wait to do "certain things" with him (implying sexual activity). She responded "I don't know." He challenged her statements by insisting that she really did want to and that he thought she "can't wait to see how hard you make me." He repeatedly demanded that she answer the question with a yes or no, refusing to accept her answer that she did not know. By the end of the conversation, he told her that yes was her answer.

18. On or about September 1, 2020, another call took place between MILLER and Minor Female 1. During the call, MILLER insisted on discussing the first "dirty letter" that Minor Female 1 had sent despite Minor Female 1 explicitly asking to not discuss the letter and to change the topic. In relevant part, the conversation went as follows:

**Minor Female 1**: I said to change the subject

**MILLER**: Whenever I was reading your letter…

**Minor Female 1**: I will put this phone down…

**MILLER**: And you was talking about sucking my dick…

**Minor Female 1**: I think that the sky is very pretty

**MILLER**: Whatever

**Minor Female 1**: I'm going to start saying random stuff 'cause you won't shut up

**MILLER:** I can't help it. You know you want to feel what my dick feels like inside of you. [long pause] Are you there?

**Minor Female 1:** Yeah, uh…

**MILLER:** You want to feel….

[Operator: You have one minute remaining]

**MILLER:** You want to see what it feels like…

**Minor Female 1:** Okay, I have to go

**MILLER:** To taste you…

**Minor Female 1:** I have to go. I have to go. Really, I have to go. I have to go to the bathroom.

**MILLER:** You're going to think about me whenever you touch yourself.

**Minor Female 1:** Okay. Okay.

**MILLER:** Say yes.

**Minor Female 1:** Bye. Love you. I'll hang up on you I swear I will. You better say bye, love you.

**MILLER:** Are we going to have sex?

**Minor Female 1:** I'm going to tell you, I'm going to hang up, I swear to god

**MILLER:** Tell me so I can hang up.

**Minor Female 1:** Swear to god.

19.   On or about September 3, 2020, another call between Minor Female 1 and MILLER involved MILLER confirming that could not listen in on the call. He told Minor Female 1 that he finally received her second "dirty letter" (which had been delayed

9

in arriving to him). He talked about how it was a good letter but that it frustrated him since she had told him not to write any other "dirty" letters. He also asked her what color underwear she was wearing. At the end of the call, MILLER asked Minor Female 1, "You gonna let me taste it when I get out?" When she told him no twice, he stated, "Oh whatever, we'll see."

20.   During a call on or about September 7, 2020, MILLER again asked Minor Female 1 to describe her underwear. MILLER stated that he had to be good when he got out and not "come on to her." Minor Female 1 agreed and said he                                    . MILLER replied by saying that was "boring." Minor Female 1 told MILLER that she felt as though he was the only person who cared about her. In response, he asked what would happen if she could not "control" herself once he got out of jail. When she said that she could control herself, he told her that he did not know because he was not out yet and he thought that she would probably not be able to control herself.

21.   On September 15, 2020, law enforcement contacted Minor Female 1 and her mother. Minor Female 1 provided fourteen additional letters that she had received from MILLER between approximately September 2019 and June 2020. Minor Female 1 was also forensically interviewed. During this interview, Minor Female 1 described the nature of MILLER's sexual comments toward her. She

10

also stated that she had told him to stop but that she felt bad if she did not respond to his sexual statements.

22.   On September 16, 2020, MILLER was interviewed after signing a waiver of his Miranda rights. He admitted to sending the sexually explicit letters and making sexual phone calls to Minor Female 1. He admitted that he derived sexual gratification from the letters and conversations, and that the conversations involved discussions of sexual intercourse, masturbation, and writing "dirty" letters.

## CONCLUSION

23.   Based upon the information provided above, your affiant alleges that there exists probable cause to believe that DARRIN ALONZO MILLER knowingly violated 18 U.S.C. § 2422(b), in that between in or around May 2020 through in or about September 2020, he knowingly attempted to persuade, induce, entice, and coerce a person he knew to be a 14-year-old minor (Minor Female 1) to engage in sexual activity for which any person can be charged with a criminal offense. Such criminal offenses would include Third Degree Sexual Assault under West Virginia Code §61-8B-5. MILLER used a means and facility of interstate commerce to engage in this attempt to persuade, induce, entice, and coerce the minor in that

he used the United States mail and telephone networks.

Further your affiant sayeth naught.

Corporal Jennifer DeMeyer
West Virginia State Police

Signed and sworn to by telephonic means this 4th day of June, 2021.

DWANE L. TINSLEY
United States Magistrate Judge

12