

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2020
SEPTEMBER 28, 2021 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:21-cr-00185
18 U.S.C. § 2422(b)

DARRIN ALONZO MILLER

### I N D I C T M E N T
(Attempted Enticement of a Minor)

The Grand Jury Charges:

From in or about May 2020 through in or about September 2020, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant DARRIN ALONZO MILLER, using a facility and means of interstate commerce, that is, telephone networks and the United States mail, did knowingly attempt to persuade, induce, entice, and coerce an individual, who had not attained the age of 18 years, to engage in sexual activity for which any person could have been charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

LISA G. JOHNSTON
Acting United States Attorney

By: _____
Jennifer Rada Herrald
Assistant United States Attorney