IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:21-cr-00185

DARRIN ALONZO MILLER

## NOTICE OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through Jennifer Rada Herrald, Assistant United States Attorney for the Southern District of West Virginia, by leave of Court endorsed hereon, hereby dismisses without prejudice the indictment filed herein against Darrin Alonzo Miller in Criminal No. 2:21-cr-00185 in the interest of justice.

Respectfully submitted,

WILLIAM S. THOMPSON
United States Attorney

/s/ Jennifer Rada Herrald
JENNIFER RADA HERRALD
Assistant United States Attorney
WV Bar No. 12181
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email: jennifer.herrald@usdoj.gov