IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 2:21-cr-00185

DARRIN ALONZO MILLER

ORDER

It is ORDERED that leave of Court be and it is hereby granted for the filing of the dismissal without prejudice of the Indictment in this case.

The Clerk is directed to send a certified copy of this Order to all counsel of record, to the defendant Darrin Alonzo Miller, and to the United States Marshals Service.

Enter: Nov 5, 2021

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE