# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

COPY

United States of America
v.
Darrin Alonzo Miller

)
)
)
)
)
)
)

Case No. 2:21-cr-00185

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

REC'D USMS CHARLESTON, WV
OCT 1 2021 AM 8:51

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Darrin Alonzo Miller,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 2422(b) - Attempted Enticement of a Minor

FILED
FEB 10 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Date: 09/30/2021

*Issuing officer's signature*

City and state: Charleston, WV

RORY L. PERRY II
*Printed name and title*

### Return

This warrant was received on *(date)* 09/30/2021, and the person was arrested on *(date)* 02/08/2022
at *(city and state)* Charleston, WV.

Date: 02/08/2022

*Arresting officer's signature*

Cory Cook   DUSM
*Printed name and title*