AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia



SEALED

United States of America
v.

Darrin Alonzo Miller

Case No. 2:21-mj-00103

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Darrin Alonzo Miller,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 2422(b) - Attempted Enticement of a Minor

REC'D USMS CHARLESTON, WV
JUN 4 2021 PM 4:26

FILED
FEB 10 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Date: June 4, 2021

*Issuing officer's signature*

City and state: Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 06/04/2021, and the person was arrested on *(date)* 02/08/2022
at *(city and state)* Charleston, WV.

Date: 02/08/2022

*Arresting officer's signature*

Cory Cade Dusny
*Printed name and title*